FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2022

SEAN F. McAVOY, CLERK

Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Rebecca R. Perez
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS W. BEAVERS,<br><br>Defendant. | 2:22-CR-166-TOR<br><br>INDICTMENT<br><br>Vio.: 18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of a Firearm<br><br>18 U.S.C. § 924, 28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury charges:

On or about October 3, 2022, in the Eastern District of Washington, the Defendant, TRAVIS W. BEAVERS, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Taurus G2S 9mm bearing serial number TLU66942, which firearm had theretofore been

INDICTMENT – 1

transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, Defendant, TRAVIS W. BEAVERS, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Taurus G2S 9mm with serial number TLU66942;
- 29 rounds of 9mm ammunition; and,
- 24 rounds of .380 ammunition.

DATED this 6th day of December, 2022.

A TRUE BILL

███████████████

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

INDICTMENT – 2

1  _____
   For Stephanie Van Marter
2  Assistant United States Attorney
3

4

5  _____
6  Rebecca R. Perez
7  Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT – 3