Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Rebecca R. Perez
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 0 6 2023

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS W. BEAVERS,<br><br>Defendant. | No. 2:22-CR-0166-TOR<br><br>SUPERSEDING INDICTMENT<br><br>Vio.: 18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of a Firearm<br>(Counts 1 and 2)<br><br>18 U.S.C. § 111(a)(1), (b)<br>Assault with Deadly Weapon on a Federal Law Enforcement Officer<br>(Count 3)<br><br>18 U.S.C. § 924, 28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about October 3, 2022, in the Eastern District of Washington, the Defendant, TRAVIS W. BEAVERS, knowing of his status as a person previously

SUPERSEDING INDICTMENT – 1

convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Taurus G2S 9mm bearing serial number TLU66942, which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## COUNT 2

On or about February 2, 2023, in the Eastern District of Washington, the Defendant, TRAVIS W. BEAVERS, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Taurus revolver, model 450 .45 Colt bearing serial number SB721137, which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## COUNT 3

On or about February 2, 2023, in the Eastern District of Washington, the Defendant, TRAVIS W. BEAVERS, did intentionally and forcibly assault, resist, oppose, impede, intimidate, or interfere with Special Agent Timothy Wihera, Michael Phelps, Special Agent Jared Tomaso, and/or Task Force Officer Brandon Wells, all of the Bureau of Alcohol, Tobacco, and Firearms, by means or use of a deadly or dangerous weapon, a Toyota Scion, while they were engaged in and on account of the performance of their official duties, in violation of 18 U.S.C. § 111(a)(1), (b).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

SUPERSEDING INDICTMENT – 2

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Superseding Indictment, Defendant, TRAVIS W. BEAVERS, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

COUNT 1
- a Taurus G2S 9mm with serial number TLU66942;
- 8 rounds of Winchester-Western 9mm ammunition; and;
- 42 rounds of ammunition assorted manufacturers and calibers.

COUNT 2
- Taurus revolver, model 450 .45 Colt bearing serial number SB721137;
- 8 rounds of Star Line .45 caliber ammunition; and,
- 25 rounds of ammunition assorted manufacturers and calibers.

DATED this 6 day of June, 2023.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

Stephanie Van Marter
Assistant United States Attorney

Rebecca R. Perez
Assistant United States Attorney

SUPERSEDING INDICTMENT – 3